UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE MORRELL )<br>    Plaintiff )<br>v. )<br> )<br>JACOB COLLECTION GROUP, LLC )<br>    Defendant )<br> )<br> ) | CASE NO:<br><br><br><br><br><br><br>MAY 3, 2011 |

## COMPLAINT

1. The Plaintiff brings this suit against Jacob Collection Group, LLC ("JCG"), a limited liability company that engages in consumer debt collection in Connecticut. JCG attempted to collect from Plaintiff an alleged debt relating to a consumer account in the state of Connecticut without being licensed with the Connecticut Department of Banking as a consumer collection agency in violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a *et seq.*

2. The Plaintiff, Valerie Morrell, is a natural person residing in Guilford, Connecticut.

3. JCG is a limited liability company with a principal place of business in Oxford, Mississippi.

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331 and 1367.

5. Venue in this Court is proper, because the Plaintiff is a resident of Connecticut, JCG collects debts in Connecticut, and the violative conduct that is the subject of this litigation was conducted within this State.

6. JCG is a consumer collection agency as that term is defined by Conn. Gen. Stat. § 36a-800(1) and it regularly collects consumer debt from individuals who reside within Connecticut.

7. On or around January 26, 2010, JCG sent Plaintiff a letter in an attempt to collect from Plaintiff a debt that it alleged she owed on a consumer account belonging to Wells Fargo Financial Bank.

8. At the time it sent the aforementioned collection letter to Plaintiff, JCG had not obtained a license as a consumer collection agency with the Connecticut Department of Banking as required by Conn. Gen. Stat. § 36a-801(a).

9. JCG's debt collection attempt, as described above, violated the FDCPA. Specifically, and without limitation, JCG violated 15 U.S.C. § 1692e and 1692f by attempting to collect a debt without being properly licensed in Connecticut.

10. Pursuant to 15 U.S.C. § 1692k, Defendant is liable to the Plaintiff for her actual damages and additional damages as the court may allow.

11. JCG's aforementioned debt collection attempt also violated CUTPA Conn. Gen. Stat. § 42-110a *et seq*.

12. Defendant's unlicensed collection activity as described above was unfair, immoral, unethical, oppressive and unscrupulous as such to cause substantial injury to consumers, especially Plaintiff.

13. Plaintiff suffered an ascertainable loss as a result of the Defendant's aforementioned actions.

14. Defendant violated CUTPA and is liable to Plaintiff for her monetary damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g.

WHEREFORE, the Plaintiff seeks recovery of monetary damages; statutory damages; costs and attorney's fees pursuant to 15 U.S.C. § 1692k; actual damages, attorney's fees and costs, punitive damages, and injunctive relief pursuant to Conn. Gen. Stat. § 42-110g; and such other relief as this Court deems appropriate.

**PLAINTIFF, VALERIE MORRELL**

By:  /s/Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Road
Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457