UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE MORRELL                                             :
                                                           :
                    PLAINTIFF,                             :
                                                           :       Civ. No. 3:11-cv-00721-MRK
V.                                                         :
                                                           :
JACOB COLLECTION GROUP, LLC,                               :
                                                           :       May _____, 2011
                    DEFENDANT.                             :
                                                           :

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate

that the above entitled action shall be dismissed with prejudice to Plaintiff on her

complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF                              THE DEFENDANT
VALERIE MORRELL                            JACOB COLLECTION GROUP, LLC

By_____             By:_____
   Daniel S. Blinn, Esq.                      Jonathan D. Elliot  (ct05762)
   Consumer Law Group, LLC                    Zeldes, Needle & Cooper, P.C.
   35 Cold Spring Rd., Suite 512              1000 Lafayette Boulevard
   Rocky Hill, CT 06067                       Bridgeport, CT  06604
   Tel: 860-571-0408                          Tel:   203-333-9441
   Fax: 860-571-7457                          Fax:   203-333-1489
   Email: dblinn@consumerlawgroup.com         E-Mail:  jelliot@znclaw.com

   Her Attorney                               Its Attorney